IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action: 5:12-cv-00162-RLV-DSC

DIANA L. MADDEN,

      Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,

      Defendants.

## ORDER

**THIS MATTER** is before the Court on the "Joint Motion to Extend Discovery Deadline and to Stay Summary Judgment Deadline to Facilitate Mediation" (docket #70) filed June 25, 2015. Having conferred with the chambers of the Honorable Richard L. Voorhees, the Motion is <u>granted in part</u> and <u>denied in part</u>. The discovery deadline is extended to July 31, 2015 and the motions deadline is extended to August 31, 2015.

      **SO ORDERED.**

Signed: June 25, 2015

_____
David S. Cayer
United States Magistrate Judge